AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| HACHIKOSELA K. MUCHIMBA | ) Case: 1:23-mj-00257 |
| ▓▓▓▓▓▓▓▓▓▓ | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 9/19/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2021 through March 2023** in the county of **Washington** in the Jurisdiction of the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1709 | Theft of Mail |
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gilbert Petit-Compere, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/19/2023

_____
Judge's signature

City and state: Washington, DC

Robin M. Meriweather, United States Magistrate Judge
Printed name and title