

# UNITED STATES POSTAL SERVICE
# OFFICE OF INSPECTOR GENERAL

## MEMORANDUM OF INTERVIEW

| Interview Date: | MARCH 29, 2023 |
|---|---|
| Case Name: | Muchimba, Hachikosela, City Carrier, Georgetown Carrier Unit, 20016 |
| Case Number: | 23INV00995 |
| Interviewee: | |
| Interview Location: | GEORGETOWN CARRIER ANNEX<br>4005 WISCONSIN AVE NW<br>WASHINGTON, DC 20016 |
| Interviewed By: | SA HEATHER GRZECHOWIAK<br>SA DAVID CAMPBELL |
| Witnesses: | N/A |

On March 29, 2023, Special Agents (SA) Heather Grzechowiak (Grzechowiak) and David Campbell (Campbell), United States Postal Service (USPS) Office of Inspector General (OIG) interviewed _____ city carrier, Georgetown Carrier Annex, Washington, DC about a U.S. Treasury check that had gone missing on a route she had worked and a suspicious CashApp.

Prior to any questioning, SAs Grzechowiak and Campbell advised _____ of their official identity by presenting their badges and the purpose of the interview. SA Grzechowiak presented an *Acknowledgment of Rights for Employees Not in Custody* form to _____. _____ indicated she understood her rights, initialed, and signed the form (Attachment 1). After the rights were read, a Personal History Form was completed (Attachment 2).

_____ was asked about whether she had any complaints or her route. She said she has worked every route in Zone 8. She said one lady was not getting her premium forwarding. _____ said she was getting the blame for everything in ZIP 20008 Route C031.

Page 1

| RESTRICTED INFORMATION | This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the interests of the United States Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act of Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution. |
|---|---|

☐
☐ she does not use CashApp or Zelle with anyone in the office. She stated she does not use any of those applications.

☐ was asked what she does with undeliverable mail. She said if she's still in the post office she puts it in the undeliverable area by the cage. If she is out on the street, she brings it back and puts them there ☐ says she does not pay attention to what she is delivering and has never stolen mail or dumped mail.

SA Grzechowiak showed Stephens a transaction from TD Bank that shows a CashApp payment to ☐ (Attachment 3). ☐ said that was from Muchimba who was helping her out, because she was behind on her rent. ☐ said she received the money in exchange for sex. She stated Muchimba was not a USPS employee and she met him on the internet. ☐ said Muchimba knew she was a USPS employee but never asked for any mail. She said Muchimba only ever sent her money this one time.

☐ was also shown a copy of the check and her Time and Attendance Collection System (TACS) rings on ZIP 20008 Route C05 (Attachments 4 and 5). She said she was not delivering her standard route because of being pregnant at the time.

After being told that the agents knew Muchimba was a USPS employee and they wanted to know what the money was really for, ☐ admitted that the money was for checks. ☐ said Muchimba approached her about taking checks. ☐ said there were a lot of checks on September 12, 2023. Muchimba said he would give her $1000 for the check, a missort. ☐ said she agreed. She said she gave it to Muchimba to "put back," but she said she knew what he was going to do with it. She said she was paid a week after giving him the check. ☐ said she didn't know of him having any friends in the office. ☐ reiterated that she was going through a hard time and hasn't seen him in a while or communicated with him recently. She then remembered she did text with him the prior day and he sent her $40 which she immediately paid back once she got her paycheck. She said he was just helping her out and she wasn't being paid for anything. ☐ allowed SA Grzechowiak to take pictures of the contact name for Muchimba stored under the name "Holly," texts from Muchimba, CashApp transactions from Muchimba, and ☐ CashApp name but did not give consent for a phone search (Attachment 6).

☐ given and accepted the opportunity to provide a written statement (Attachment 7).

**Attachments:**

1. ☐

| RESTRICTED INFORMATION | This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the interests of the United States Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act of Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution. |
|---|---|

2.
3.
4.
5.
6.
7.

| PREPARED BY: SA HEATHER GRZECHOWIAK | DATE: 4/4/23 |

| RESTRICTED INFORMATION | This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the interests of the United States Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act of Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution. |