# CLAIM DETAILS

**Tracking Number:** 2349-DEB-23A-A7A
**Filed on:** June 02, 2023
**Claimant:** Muchimba, Hachikosela
**Filed By:** Lentz, Jacek W.

## Documents included:

* Standard Online Claim Form
* Sworn Notice - Muchimba Online Claim [Signed-Final].pdf
* Signed Claim - Muchimba Online Claim [Signed-Final].pdf



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

2349-DEB-23A-A7A                                                                                                                                      6/2/23

## SECTION I - CONTACT INFORMATION

| **CLAIMANT INFORMATION** |
|---|

**Claimant/Contact Name:** (Last, First)
Muchimba, Hachikosela

**Business/Institution Name:** (if applicable)

**Prisoner ID:** (if applicable)

**Address:** (Include Street, City, State, and Zip Code)

Washington, DC 20019

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)
N/A

**Please provide an explanation why you do not have a Social Security Number, if above is N/A:**
Social Security Number will be provided at a later time.

**Phone:** (optional)

**Email:** (optional)

**ATTORNEY INFORMATION** (if applicable)

**Attorney Name:** (Last, First)
Lentz, Jacek W.

**Attorney Title:**
Mr.

**Firm Name:** (if applicable)
The Lentz Law Firm, P.C.

**Attorney Address:** (Include Street, City, State, and Zip Code)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

**Are you an attorney filing this claim on behalf of your client?**  [X] Yes   [ ] No

**Attorney Phone:** (optional)
213-250-9200

**Attorney Email:** (optional)
jwl@lentzlawfirm.com

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 23-USP-001205 | Financial Instrument - Checking and Savings Accounts - Value = $402,669.95, SN: ****0250 seized by the USPIS on April 5, 2023 in Olney, MD. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 23-USP-001205 | Financial Instrument - Checking and Savings Accounts - Value = $402,669.95, SN: ****0250 seized by the USPIS on April 5, 2023 in Olney, MD. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant is an owner of the claimed property.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Relevant documents will be provided at a later time, if found. This claim for is signed by the Claimant, not the Attorney. Claimant's Attorneys request contact for the purpose of potential early settlement.

2349-DEB-23A-A7A                                                                                                                              6/2/23

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Claim electronically signed by the attorney for the claimant

**Signature**

Muchimba, Hachikosela

**Printed Name**

6/2/23

**Date**

## Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

Claim electronically signed by the attorney for the claimant

**Signature**

Muchimba, Hachikosela

**Printed Name**

6/2/23

**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

* Sworn Notice - Muchimba Online Claim [Signed-Final].pdf
* Signed Claim - Muchimba Online Claim [Signed-Final].pdf

2349-DEB-23A-A7A                                                                                                                          6/2/23



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

# SECTION I - CONTACT INFORMATION

| **CLAIMANT INFORMATION** |
|---|

**Claimant/Contact Name:** (Last, First)
Muchimba, Hachikosela

| **Business/Institution Name:** (if applicable) | **Prisoner ID:** (if applicable) |
|---|---|
| | |

**Address:** (Include Street, City, State, and Zip Code)

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)
N/A

**Please provide an explanation why you do not have a Social Security Number, if above is N/A:**
Social Security Number will be provided at a later time.

| **Phone:** (optional) | **Email:** (optional) |
|---|---|
| | |

| **ATTORNEY INFORMATION** (if applicable) |
|---|

**Attorney Name:** (Last, First)
Lentz, Jacek W.

**Attorney Title:**
Mr.

**Firm Name:** (if applicable)
The Lentz Law Firm, P.C.

**Attorney Address:** (Include Street, City, State, and Zip Code)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

| **Are you an attorney filing this claim on behalf of your client?** | [X] Yes | [ ] No |
|---|---|---|

| **Attorney Phone:** (optional) | **Attorney Email:** (optional) |
|---|---|
| 213-250-9200 | jwl@lentzlawfirm.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

# SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 23-USP-001205 | Financial Instrument - Checking and Savings Accounts - Value = $402,669.95, SN: ****0250 seized by the USPIS on April 5, 2023 in Olney, MD. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 23-USP-001205 | Financial Instrument - Checking and Savings Accounts -  Value = $402,669.95, SN: ****0250 seized by the USPIS on April 5, 2023 in Olney, MD. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant is an owner of the claimed property.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Relevant documents will be provided at a later time, if found. This claim for is signed by the Claimant, not the Attorney. Claimant's Attorneys request contact for the purpose of potential early settlement.

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
Muchimba, Hachikosela
**Printed Name**

_____
June 2, 2023
**Date**

### Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
Muchimba, Hachikosela
**Printed Name**

_____
June 2, 2023
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**



# CLAIM FORM

**YOU MUST COMPLETE <u>ALL</u> PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I - CONTACT INFORMATION

**CLAIMANT INFORMATION**

**Claimant/Contact Name:** (Last, First)
Muchimba, Hachikosela

**Business/Institution Name:** (if applicable)

**Prisoner ID:** (if applicable)

**Address:** (Include Street, City, State, and Zip Code)

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)
N/A

**Please provide an explanation why you do not have a Social Security Number, if above is N/A:**
Social Security Number will be provided at a later time.

**Phone:** (optional)

**Email:** (optional)

**ATTORNEY INFORMATION** (if applicable)

**Attorney Name:** (Last, First)
Lentz, Jacek W.

**Attorney Title:**
Mr.

**Firm Name:** (if applicable)
The Lentz Law Firm, P.C.

**Attorney Address:** (Include Street, City, State, and Zip Code)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

**Are you an attorney filing this claim on behalf of your client?**  [X] Yes   [ ] No

**Attorney Phone:** (optional)
213-250-9200

**Attorney Email:** (optional)
jwl@lentzlawfirm.com

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 23-USP-001205 | Financial Instrument - Checking and Savings Accounts - Value = $402,669.95, SN: ****0250 seized by the USPIS on April 5, 2023 in Olney, MD. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 23-USP-001205 | Financial Instrument - Checking and Savings Accounts -  Value = $402,669.95, SN: ****0250 seized by the USPIS on April 5, 2023 in Olney, MD. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

Claimant is an owner of the claimed property.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Relevant documents will be provided at a later time, if found. This claim for is signed by the Claimant, not the Attorney. Claimant's Attorneys request contact for the purpose of potential early settlement.

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
**Signature**

_____
Muchimba, Hachikosela
**Printed Name**

_____
June 2, 2023
**Date**

## Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

_____
**Signature**

_____
Muchimba, Hachikosela
**Printed Name**

_____
June 2, 2023
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**