# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | CR. NO. 23-257(RMM) |
| ) | |
| HACHIKOSELA K. MUCHIMBA ) | |
| Defendant ) | |

## UNOPPOSED MOTION TO MODIFY DEFENDANT'S RELEASE CONDITIONS TO PERMIT HIM TO RESIDE WITH HIS SISTER IN BETHESDA, MD

**COMES NOW**, HACHIKOSELA K. MUCHIMBA, defendant, through undersigned counsel Dwight E. Crawley, and respectfully requests that this Honorable Court modify his conditions of release to permit him to reside with his sister in Bethesda, MD. Counsel has spoken with Pre-Trial Services as well as the government concerning this matter. Neither party opposes this request. Pre-Trial Services has spoken with the defendant's sister and received her consent to have the defendant reside with her. She is aware of the terms and conditions of his release and is willing to assist with his release conditions while he is residing with her. Pre-Trial Services will provide the court with an updated order concerning the defendant's new address and the name of his sister. Counsel has not included this information on the public docket out of concern for his sister's privacy.

**WHEREFORE**, counsel respectfully requests that this court grant Mr. MUCHIMBA's motion to modify his conditions of release and permit him to reside with his sister in Bethesda, MD.

                                                Respectfully submitted
                                                HACHIKOSELA K. MUCHIMBA

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for HACHIKOSELA K. MUCHIMBA
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/s/
_____
Dwight E. Crawley, Esq.
DC BAR #472672
Attorney for HACHIKOSELA K. MUCHIMBA
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com